**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

L.G. BOONE, PLAINTIFF

V. NO. 4:06CV18-P-B

CHRISTOPHER EPPS, ET AL, DEFENDANTS

## ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

This *pro se* § 1983 complaint was dismissed with prejudice on February 24, 2006, for failure to state a claim upon which relief could be granted. On March 6, 2006, plaintiff filed a motion for reconsideration, which the court will treat as a motion for relief from judgment pursuant to Rule 60(b), Federal Rules of Civil Procedure. The court has considered the plaintiff's motion, the prior pleadings, as well as the applicable law, and concludes that the dismissal was correct in law and fact and that plaintiff has failed to produce a legal basis to alter the court's ruling. Therefore, the motion for relief from judgment is **denied**.

**SO ORDERED** this 10th day of March, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE